# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2749 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 128 DB 2020 |
| TRACY PAUL HUNT | : | |
| | : | Attorney Registration No. 80158 |
| | : | |
| | : | (Bucks County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2021, on certification by the Disciplinary Board that Tracy Paul Hunt, who was suspended for a period of six months, has filed a verified statement showing compliance with the order of suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Tracy Paul Hunt is reinstated to active status.